**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| DAVID J. COLE | ) | BANKRUPTCY CASE NUMBER 09-15578 |
| ELIZABETH A. COLE | ) | CHAPTER 7 |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM #1 | American Infosource LP<br>Post Office Box 248872<br>Oklahoma City, OK  73124-8872 | $ 1.56 |
| CLAIM #2 | American Infosource LP<br>Post Office Box 248872<br>Oklahoma City, OK  73124-8872 | $ 2.17 |
| CLAIM #3 | American Infosource LP<br>Post Office Box 248872<br>Oklahoma City, OK  73124-8872 | $ 0.55 |
| CLAIM #4 | American Infosource LP<br>Post Office Box 248872<br>Oklahoma City, OK  73124-8872 | $ 1.37 |
| CLAIM #5 | Citicorp Trust Bank<br>Post Office Box 140489<br>Irving, Texas  75014-0489 | $ 1.36 |
| | **TOTAL:** | **$ 7.01** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 27th day of April, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at <u>USTPRegion10.SO.ECF@usdoj.gov</u>,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                              /s/ Yvette Gaff Kleven  
                                                             Yvette Gaff Kleven